IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM MESSICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARCHEX, INC., a foreign corporation.<br><br>Defendant. | Case No.<br><br>NOTICE OF REMOVAL<br>(Federal Question)<br><br>[King County Superior Court<br>Case No. 19-2-07848-1 SEA]<br><br>[CLERK'S ACTION REQUIRED] |

TO: The Honorable Judges of the U.S. District Court for the Western District of Washington;

AND TO: Adam Messick, Plaintiff;

AND TO: Matthew D. Hartman, Impact Law Group PLLC, Attorney for Plaintiff.

Under 28 U.S.C. §§ 1331, 1367, and 1441, Defendant Marchex, Inc. ("Defendant"), by and through its undersigned attorneys, hereby removes this action from the Superior Court of Washington for King County to this Court based on federal question jurisdiction with supplemental jurisdiction over the state law claims.

The following statement is submitted Under 28 U.S.C. § 1446(a):



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## FEDERAL QUESTION

1. Plaintiff Adam Messick ("Plaintiff") filed a Complaint against Defendant on March 20, 2019, in King County Superior Court, which the state court designated as Case No. 19-2-07848-1 SEA. Defendant accepted service on April 1, 2019.

2. Plaintiff's Complaint alleges claims arising under federal law. Complaint ¶¶ 4.4, 4.5 (attached hereto as **Attachment A**). Specifically, Plaintiff's Complaint asserts claims under the Family and Medical Leave Act of 1993 ("FMLA"), 42 U.S.C. § 2615, and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 2000e-5.

3. Under 28 U.S.C. § 1331, this Court has original jurisdiction over this action.

4. Under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state law claims.

## STATE COURT PROCEEDINGS

5. On March 20, 2019, the state court issued an Order Setting Civil Case Schedule.

6. On April 1, 2019, Defendant accepted service of the summons and complaint through counsel but did not file the Acceptance with the state court before removing the matter to this Court. Declaration of Michael Griffin ¶ 2

7. No further proceedings have been had in the state court as of the date of this Notice.

## TIMELY REMOVAL

8. This Notice of Removal is being timely filed within 30 days of filing (March 20, 2019) and service (April 1, 2019). *See* 28 U.S.C. § 1446(b)(2)(B).



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## VENUE

9. Under 28 U.S.C. § 1441(a), this Court is the appropriate venue for removal because it is the federal district court for the district and division where the King County Superior Court case is pending.

## NOTICE TO THE STATE COURT AND TO PLAINTIFF OF REMOVAL

10. Under 28 U.S.C. § 1446(d), and as affirmed in the attached Declaration of Service, Defendant has served Plaintiff with this Notice of Removal and with the Notice to State Court of Removal to Federal Court. Under 28 U.S.C. § 1446(d), a copy of the Notice of Removal is being filed with the King County Superior Court, attached to a pleading entitled Notice to State Court of Removal to Federal Court.

## STATE COURT RECORDS

11. Under 28 U.S.C. § 1446(a) and LCR 101(b)(1), Defendant is attaching a true and correct copy of the Complaint as Attachment A. Under LCR 101(c), a Verification of State Court records will be filed within 14 days of this Notice of Removal, which will include copies of the original pleadings, as well as copies of all additional records and proceedings appearing in the state court file, under a verification by counsel that records submitted are true and complete copies of all the records and proceedings in the state court proceeding.

12. Defendant reserves the right to amend or supplement the statement of its grounds for removal of this case based upon discovery between the parties or circumstances that otherwise become known during the litigation of this matter.

13. Defendant respectfully asks this Court to accept removal of this action on the ground of federal question jurisdiction for the claims arising under federal law and supplemental jurisdiction for the state claims.



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

DATED this 5th day of April, 2019.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Michael A. Griffin*
Michael A. Griffin, WSBA #29103
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: 206-405-0404
Facsimile: 206-405-4450
michael.griffin@jacksonlewis.com
Counsel for Defendant

DATED this 5th day of April, 2019.

JACKSON LEWIS P.C.

*/s/ Meredith A. Smith*
Meredith A. Smith, WSBA #48361
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: 206-405-0404
Facsimile: 206-405-4450
meredith.smith@jacksonlewis.com
Counsel for Defendant

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the State of Washington that a true and accurate copy of the document to which this declaration is affixed was sent via email to:

Matthew D. Hartman, WSBA #33054
Impact Law Group, PLLC
13225 Fourth Avenue, Suite 1400
Seattle, WA 98104
matt@impactlawgroup.com

Attorney for Plaintiff

DATED this 5th day of April, 2019.

Heather H. Adams

4842-5849-7422, v. 1



**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404