UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM MESSICK, | CASE NO. C19-0499-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARCHEX, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on a notice of settlement (Dkt. No. 11). Within 30 days from the issuance of this order, the parties are ORDERED to file a stipulated dismissal. The Clerk is DIRECTED to terminate all pretrial deadlines and CLOSE this case for statistical purposes.

DATED this 13th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk